■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD FERRIN, Appellant. [673 NYS2d 609] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 4, 1977 (*People v Ferrin,* 57 AD2d 559), affirming an order of the Supreme Court, Suffolk County, dated September 7, 1976, and a judgment of the same court, rendered April 18, 1974.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, *Jones v Barnes,* 463 US 745). Mangano, P. J., Rosenblatt, O'Brien, Thompson and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROHAN GREEN, Appellant. [673 NYS2d 609] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rios, J.), rendered January 29, 1996, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The issue of the legal sufficiency of the evidence is unpreserved for appellate review (see, CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (see, *People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish that the defendant was guilty of criminal sale of a controlled substance in the third degree under an acting-in-concert theory (see, *People v Kaplan,* 76 NY2d 140). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]). Miller, J. P., Thompson, Joy and Florio, JJ., concur.